EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar 310120)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-7177
    E-mail: Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 17-00399 |
| Plaintiff, | **VERIFIED COMPLAINT FOR FORFEITURE** |
| v. | |
| $146,780.00 IN U.S. CURRENCY, | 21 U.S.C. § 881(a)(6) |
| Defendant. | [D.E.A.] |

The United States of America brings this claim against the defendant $146,780.00 in U.S. currency, and alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this District pursuant to 28 U.S.C. § 1395(a).

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendant is $146,780.00 in U.S. currency ("defendant currency") seized on or about August 29, 2016, during the execution of a State of California search warrant at a residence located in Compton, California.[1]

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Pedro Luis Prieto ("Prieto"), Alejandro Gomez ("A. Gomez"), and Herman Gomez ("H. Gomez") may be adversely affected by these proceedings.

## EVIDENCE SUPPORTING FORFEITURE

8. On July 12, 2016, the Drug Enforcement Administration ("DEA"), initiated a state wiretap investigation of the narcotics activities of unknown males known as AAA and TNT8/08, who were identified as Mexico-based narcotics traffickers.

9. Intercepted communications indicated that AAA and TNT8/08 were coordinating the transportation of approximately $155,000 of narcotics proceeds.

10. Based on the intercepted communications, the courier for these narcotics proceeds was identified as "Sobrino" who utilized a telephone number ending in '3671.

11. Pursuant to a state search warrant for telephone number '3671, investigators learned that this number was subscribed to the address located in Compton, California where the defendant currency was seized.

12. On August 27, 2016, intercepted communications indicated that Sobrino was in possession of the narcotic proceeds and was presently at the residence in Compton, California.

13. On August 27, 2016, the surveillance team observed Prieto driving a Honda Crossover ("Honda") up and down the street and looking into vehicles before parking at

---

[1] Pursuant to Local Rule 5.2-1, all personal residence addresses have been omitted from this Complaint.

2

the Compton residence. Investigators believed that Prieto was utilizing a counter-surveillance technique. Prieto used a key to gain entrance into the residence.

14. On August 29, 2016, during the execution of a California state search warrant at the residence, investigators made contact with three occupants in the residence who were identified as Prieto, A. Gomez and H. Gomez. All three claimed to reside at the house and stated that no other persons resided there.

15. Investigators discovered $146,780 in U.S. currency (*i.e.*, the defendant currency) inside two unmarked boxes inside a dresser in the bedroom utilized by Prieto.

16. Investigators also located a cellular telephone in the same bedroom. Prieto gave consent to search the telephone. Investigators found that the telephone had the number of the courier's telephone number ending in '3671.

17. Prieto, A. Gomez, and H. Gomez each denied ownership of the defendant currency and signed Disclaimer of Ownership and Waiver of Notice forms.

18. Based on the facts set forth above, plaintiff alleges that the defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency was furnished or intended to be furnished in one or more exchanges for a controlled substance or listed chemical, represents or is traceable to proceeds of illegal narcotics trafficking, or was used or intended to be used to facilitate one or more exchanges of a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 <u>et seq</u>.

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

1  (d) for such other and further relief as this Court may deem just and
2  proper, together with the costs and disbursements of this action.

3  Dated: January 18, 2017

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ _Christen A Sproule_____
CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, DAVID C. CAMPA, hereby declare that:

1. I am a Task Force Officer with the Drug Enforcement Administration and the case agent for the forfeiture matter entitled <u>United States of America v. $146,780.00 in U.S. Currency</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 18, 2017 in Los Angeles, California.

*D. C. Ca*
DAVID C. CAMPA
Task Force Officer
Drug Enforcement Administration

5