```
 1 │ VICTOR SHERMAN, ESQ. (State Bar No.: 38483)
   │ LAW OFFICES OF VICTOR SHERMAN
 2 │ A Professional Law Corporation
   │ 2115 Main Street
 3 │ Santa Monica, CA  90405-2215
   │ E-Mail:  SSVictor@aol.com
 4 │ Tele:    (310) 399-3259
   │ Fax:     (310) 392-9029
 5 │
   │ Attorneys for Claimant
 6 │ PEDRO LUIS PRIETO
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CV 17-00399-TJH(JCx) |
|---|---|
| Plaintiff, | |
| vs. | CLAIM (VERIFIED) OF PEDRO LUIS PRIETO |
| $146,780.00 in U.S. Currency, | |
| Defendant. | |
| PEDRO LUIS PRIETO, | |
| Claimant. | |

    Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant, Pedro Luis Prieto, hereby demands restitution of $146,780.00 in U.S. Currency, and claims the right to defend this action.

    Claimant's status is that of lawful owner and possessor of the claimed defendant property.

    I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED: February 10, 2017

                                                      */s/*
                                              PEDRO LUIS PRIETO

1        Attorney Victor Sherman is duly authorized to make this Claim.

2 DATED: February 21, 2017

3                                     VICTOR SHERMAN
                                    Attorney for Claimant

4                                     Pedro Luis Prieto