VICTOR SHERMAN, ESQ. (State Bar No.: 38483)
LAW OFFICES OF VICTOR SHERMAN
A Professional Law Corporation
2115 Main Street
Santa Monica, CA   90405-2215

E-Mail:  SSVictor@aol.com
Tele:      (310) 399-3259
Fax:       (310) 392-9029

Attorneys for Claimant
PEDRO PRIETO

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>$146,780.00 in U.S. Currency,<br><br>                    Defendant.<br>_____<br>PEDRO PRIETO,<br><br>                    Claimant. | Case No.: 2:17-CV-00399-TJH-JC<br><br>CLAIMANT, PEDRO PRIETO'S ANSWER TO COMPLAINT FOR FORFEITURE |

Claimant, Pedro Prieto, hereby answers the Complaint for Forfeiture in the above-entitled matter as follows:

1.      Answering paragraph 1 of the Complaint, claimant admits the allegations contained therein.

2.      Answering paragraph 2 of the Complaint, claimant admits the allegations contained therein.

3.      Answering paragraph 3 of the Complaint, claimant admits the allegations contained therein.

4.      Answering paragraph 4 of the Complaint, claimant admits the allegations contained therein.

5.    Answering paragraph 5 of the Complaint, claimant admits the allegations contained therein.

6.    Answering paragraph 6 of the Complaint, claimant admits the allegations contained therein.

7.    Answering paragraph 7 of the Complaint, claimant admits the allegations contained therein.

8.    Answering paragraph 8 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

9.    Answering paragraph 9 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

10.    Answering paragraph 10 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

11.    Answering paragraph 11 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

12.    Answering paragraph 12 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

13.    Answering paragraph 13 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

14.    Answering paragraph 14 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

15.    Answering paragraph 15 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based

1    thereon, denies each and every allegation contained therein.

2        16.    Answering paragraph 16 of the Complaint, claimant has insufficient

3    information or belief to answer the allegations contained therein, and based

4    thereon, denies each and every allegation contained therein.

5        17.    Answering paragraph 17 of the Complaint, claimant has insufficient

6    information or belief to answer the allegations contained therein, and based

7    thereon, denies each and every allegation contained therein.

8        18.    Answering paragraph 18 of the Complaint, claimant has insufficient

9    information or belief to answer the allegations contained therein, and based

10   thereon, denies each and every allegation contained therein.

11              **FOR A SECOND, SEPARATE AND FURTHER**

12          **ANSWER AND FIRST AFFIRMATIVE DEFENSE,**

13            **THIS ANSWERING COMPLAINT ALLEGES:**

14       19.    The Complaint fails to state a claim against the defendant property

15              upon which relief can be granted.

16              **FOR A THIRD, SEPARATE AND FURTHER**

17        **ANSWER AND SECOND AFFIRMATIVE DEFENSE,**

18            **THIS ANSWERING CLAIMANT ALLEGES:**

19       20.    The seizure statute violates due process of law under the Fifth

20   Amendment to the United States Constitution because it is unconstitutionally vague

21   and authorizes the arrest of property without prior authorization by a disinterested

22   judicial officer, prior notice, or an opportunity to be heard on the probable validity

23   of the claim, and authorizes the taking of personal property without just

24   compensation in violation of the Eminent Domain Clause of the Fifth Amendment

25   to the United States Constitution.

26   ///

27   ///

28   ///

1    **FOR A FOURTH, SEPARATE AND FURTHER**

2    **ANSWER AND THIRD AFFIRMATIVE DEFENSE,**

3    **THIS ANSWERING CLAIMANT ALLEGES:**

4    21.    The seizure of the defendant property was based on an unlawful search

5    and seizure by state and/or federal authorities in violation of the Fourth

6    Amendment to the United States Constitution.

7    **FOR A FIFTH, SEPARATE AND FURTHER**

8    **ANSWER AND FOUR AFFIRMATIVE DEFENSE,**

9    **THIS ANSWERING CLAIMANT ALLEGES:**

10   22.    The forfeiture statute is void and unenforceable under the United

11   States Constitution, Article III, Section 3, cl.2

12   **FOR A SIXTH, SEPARATE AND FURTHER**

13   **ANSWER AND FIFTH AFFIRMATIVE DEFENSE,**

14   **THIS ANSWERING CLAIMANT ALLEGES:**

15   23.    Defendant is not subject to forfeiture because any alleged acts or uses

16   involving said property in violation of law were committed without the knowledge

17   of consent of claimant, and claimant is an innocent owner of the defendant.

18   **FOR A SEVENTH, SEPARATE AND FURTHER**

19   **ANSWER AND SIXTH AFFIRMATIVE DEFENSE,**

20   **THIS ANSWERING CLAIMANT ALLEGES:**

21   24.    The seizure and forfeiture of the claimant's interest in the defendant

22   property is void and unenforceable under the Eighth Amendment to the United

23   States Constitution as an excessive fine or punishment.

24   **FOR AN EIGHTH, SEPARATE AND FURTHER**

25   **ANSWER AND SEVENTH AFFIRMATIVE DEFENSE,**

26   **THIS ANSWERING CLAIMANT ALLEGES:**

27   25.    The forfeiture statutes are void and unenforceable under the Due

28   Process Clause of the Fifth Amendment to the United States Constitution because

they impermissibly permit a burden of proof of mere probable cause for the

1  plaintiff and shift the burden of proof at the forfeiture trial to the claimant.

2        WHEREFORE, this answering party claimant respectfully prays:

3        1.      That plaintiff United States of America take nothing by its Compliant;

4        3.      That the defendant property be returned to claimant forthwith;

5        4.      That the Court award claimant his reasonable costs and attorney's fees

6  incurred herein under the Equal Access to Justice Act;

7        5.      That the Court rule on all of the constitutional questions raised by this

8  pleading and issue its findings of fact and conclusions of law; and

9        6.      For such other and further relief as the Court may deem just and

10  proper.

11  DATED:        February 27, 2017              Respectfully submitted,

12

13                                              /s/Victor Sherman

14                                     By: _____

15                                         VICTOR SHERMAN
                                           Attorney for Claimant
16                                         Pedro Prieto

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28