VICTOR SHERMAN, ESQ. (State Bar No.: 38483)
LAW OFFICES OF VICTOR SHERMAN
A Professional Law Corporation
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90012

E-Mail: SSVictor@aol.com
Tele: (310) 399-3259
Fax: (310) 392-9029

Attorneys for Claimant
MANUELA GOMEZ

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV 17-00399-TJH(JCx) |
| Plaintiff, | |
| vs. | CLAIM (VERIFIED) OF MANUELA GOMEZ |
| $146,780.00 in U.S. Currency, | |
| Defendant. | |
| MANUELA GOMEZ, | |
| Claimant. | |

Pursuant to Rule G(5)(a), Supplemental Rules for Certain Admiralty and Maritime Claims, claimant, Manuela Gomez, hereby demands restitution of $146,780.00 in U.S. Currency, and claims the right to defend this action.

Claimant's status is that of lawful owner and possessor of the claimed defendant property.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

DATED: March 13, 2017

MANUELA GOMEZ

| | |
|---|---|
| 1 | Attorney Victor Sherman is duly authorized to make this Claim. |
| 2 | |
| 3 | DATED: March 27, 2017 |
| | _/s/ Victor Sherman_ |
| | VICTOR SHERMAN |
| | Attorney for Claimant |
| 4 | Manuela Gomez |

2

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action. My business address is 2115 Main Street, Santa Monica, California 90405.

    On March 27, 2017, I served the foregoing document described as:

**CLAIM (VERIFIED) OF MANUELA GOMEZ**

on all interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

Christen A. Sproule
Assistant United States Attorney
312 North Spring Street
Los Angeles, CA 90012

    I caused such envelope, to be sent in the U.S. Mail with prepaid postage affixed from Santa Monica, California to the above addressee. I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on March 27, 2017.

LORI B. STANTON