VICTOR SHERMAN, ESQ. (State Bar No.: 38483)
LAW OFFICES OF VICTOR SHERMAN
A Professional Law Corporation
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90012

E-Mail:  SSVictor@aol.com
Tele:    (310) 399-3259
Fax:     (310) 392-9029

Attorneys for Claimant
MANUELA GOMEZ

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:17-CV-00399-TJH-JC |
|---|---|
| Plaintiff, | CLAIMANT, MANUELA GOMEZ'S ANSWER TO COMPLAINT FOR FORFEITURE |
| v. | |
| $146,780.00 in U.S. Currency, | |
| Defendant. | |
| MANUELA GOMEZ, | |
| Claimant. | |

Claimant, Manuela Gomez, hereby answers the Complaint for Forfeiture in the above-entitled matter as follows:

1.  Answering paragraph 1 of the Complaint, claimant admits the allegations contained therein.

2.  Answering paragraph 2 of the Complaint, claimant admits the allegations contained therein.

3.  Answering paragraph 3 of the Complaint, claimant admits the allegations contained therein.

4.  Answering paragraph 4 of the Complaint, claimant admits the allegations contained therein.

5. Answering paragraph 5 of the Complaint, claimant admits the allegations contained therein.

6. Answering paragraph 6 of the Complaint, claimant admits the allegations contained therein.

7. Answering paragraph 7 of the Complaint, claimant admits the allegations contained therein.

8. Answering paragraph 8 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

9. Answering paragraph 9 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

10. Answering paragraph 10 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

11. Answering paragraph 11 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

12. Answering paragraph 12 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

13. Answering paragraph 13 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

14. Answering paragraph 14 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

15. Answering paragraph 15 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based

thereon, denies each and every allegation contained therein.

16. Answering paragraph 16 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

17. Answering paragraph 17 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

18. Answering paragraph 18 of the Complaint, claimant has insufficient information or belief to answer the allegations contained therein, and based thereon, denies each and every allegation contained therein.

## FOR A SECOND, SEPARATE AND FURTHER ANSWER AND FIRST AFFIRMATIVE DEFENSE, THIS ANSWERING COMPLAINT ALLEGES:

19. The Complaint fails to state a claim against the defendant property upon which relief can be granted.

## FOR A THIRD, SEPARATE AND FURTHER ANSWER AND SECOND AFFIRMATIVE DEFENSE, THIS ANSWERING CLAIMANT ALLEGES:

20. The seizure statute violates due process of law under the Fifth Amendment to the United States Constitution because it is unconstitutionally vague and authorizes the arrest of property without prior authorization by a disinterested judicial officer, prior notice, or an opportunity to be heard on the probable validity of the claim, and authorizes the taking of personal property without just compensation in violation of the Eminent Domain Clause of the Fifth Amendment to the United States Constitution.

///

///

///

### FOR A FOURTH, SEPARATE AND FURTHER ANSWER AND THIRD AFFIRMATIVE DEFENSE, THIS ANSWERING CLAIMANT ALLEGES:

21. The seizure of the defendant property was based on an unlawful search and seizure by state and/or federal authorities in violation of the Fourth Amendment to the United States Constitution.

### FOR A FIFTH, SEPARATE AND FURTHER ANSWER AND FOUR AFFIRMATIVE DEFENSE, THIS ANSWERING CLAIMANT ALLEGES:

22. The forfeiture statute is void and unenforceable under the United States Constitution, Article III, Section 3, cl.2

### FOR A SIXTH, SEPARATE AND FURTHER ANSWER AND FIFTH AFFIRMATIVE DEFENSE, THIS ANSWERING CLAIMANT ALLEGES:

23. Defendant is not subject to forfeiture because any alleged acts or uses involving said property in violation of law were committed without the knowledge of consent of claimant, and claimant is an innocent owner of the defendant.

### FOR A SEVENTH, SEPARATE AND FURTHER ANSWER AND SIXTH AFFIRMATIVE DEFENSE, THIS ANSWERING CLAIMANT ALLEGES:

24. The seizure and forfeiture of the claimant's interest in the defendant property is void and unenforceable under the Eighth Amendment to the United States Constitution as an excessive fine or punishment.

### FOR AN EIGHTH, SEPARATE AND FURTHER ANSWER AND SEVENTH AFFIRMATIVE DEFENSE, THIS ANSWERING CLAIMANT ALLEGES:

25. The forfeiture statutes are void and unenforceable under the Due Process Clause of the Fifth Amendment to the United States Constitution because they impermissibly permit a burden of proof of mere probable cause for the

plaintiff and shift the burden of proof at the forfeiture trial to the claimant.

WHEREFORE, this answering party claimant respectfully prays:

1. That plaintiff United States of America take nothing by its Compliant;

3. That the defendant property be returned to claimant forthwith;

4. That the Court award claimant his reasonable costs and attorney's fees incurred herein under the Equal Access to Justice Act;

5. That the Court rule on all of the constitutional questions raised by this pleading and issue its findings of fact and conclusions of law; and

6. For such other and further relief as the Court may deem just and proper.

DATED:   March 27, 2017                    Respectfully submitted,

By: _____
VICTOR SHERMAN
Attorney for Claimant
Manuela Gomez

5

# **PROOF OF SERVICE**

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California and am over the age of 18 and not a party to the within action. My business address is 2115 Main Street, Santa Monica, California 90405.

On March 27, 2017, I served the foregoing document described as:

**CLAIMANT, MANUELA GOMEZ'S ANSWER TO COMPLAINT TO FORFEITURE**

on all interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

Christen A. Sproule
Assistant United States Attorney
312 North Spring Street
Los Angeles, CA 90012

I caused such envelope, to be sent in the U.S. Mail with prepaid postage affixed from Santa Monica, California to the above addressee. I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, except as to those matters stated on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at Santa Monica, California on March 27, 2017.

_____
LORI B. STANTON

3