1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  VICTOR A. RODGERS
   California Bar No. 101281
6  Assistant United States Attorney
   Asset Forfeiture Section
7       Federal Courthouse, 14th Floor
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-2569
9       Facsimile: (213) 894-7177
        E-mail: Victor.Rodgers@usdoj.gov
10
11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12
                UNITED STATES DISTRICT COURT
13
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                     WESTERN DIVISION
15
16 UNITED STATES OF AMERICA, )  Case No. CV 17-00399-TJH(JCx)
                             )
17        Plaintiff,         )  STIPULATION AND REQUEST TO STAY
                             )  CIVIL FORFEITURE ACTION PENDING
18           v.              )  CONCLUSION OF RELATED CRIMINAL CASE
                             )  AND TAKE JANUARY 22, 2018 PRETRIAL
19 $146,780.00 IN U.S.       )  CONFERENCE OFF CALENDAR; [PROPOSED]
   CURRENCY,                 )  ORDER THEREON LODGED UNDER SEPARATE
20                           )  COVER
          Defendant.         )
21 _____  )
                             )
22 MANUELA GOMEZ,            )
                             )
23        Claimant.          )
   _____  )
24
25
26      Plaintiff United States of America (the "government") and
27 claimant Manuela Gomez ("claimant"), by the signatures of their
28 attorneys hereunder, hereby stipulate and request that this

civil forfeiture case be stayed pending the conclusion of criminal proceedings filed on or about December 4, 2017 in People of the State of California v. Pedro Luis Prieto, Los Angeles County Superior Court Case No. BA463301 (the "criminal case"), in which former claimant Pedro Prieto, whom filed his claim on February 22, 2017 (docket no. 12) and thereafter withdrew his claim on April 17, 2017 (docket no. 22), is the defendant. As reflected in the complaint in the criminal case, a copy of which is attached hereto as Exhibit A, the criminal case charges former claimant Pedro Prieto with possessing over $100,000.00 in narcotic proceeds on August 29, 2016, in violation of California Health and Safety Code Section 11370.6(a), while the instant civil forfeiture case seeks to forfeit the defendant $146,780.00 in U.S. Currency seized from former claimant Pedro Prieto's residence on August 29, 2016 on grounds that the funds constitute traceable proceeds of narcotics trafficking. Docket No. 1 (government's civil forfeiture Complaint ¶¶ 14, 15 and 18). Accordingly, the criminal case and the instant civil forfeiture litigation arise out of the same facts and will involve many of the same issues of fact and law, and judicial economy will be served by staying this action.

Pursuant to 18 U.S.C. § 981(g),

> (1)     Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to

1          conduct a related criminal investigation or the
2          prosecution of a related criminal case.
3     (2)  Upon the motion of a claimant, the court shall
4          stay the civil forfeiture proceeding with respect
5          to that claimant if the court determines that -
6          (A)  the claimant is the subject of a
7               related criminal investigation or case;
8          (B)  the claimant has standing to assert a
9               claim in the civil forfeiture
10              proceeding; and
11         (C)  continuation of the forfeiture
12              proceeding will burden the right of the
13              claimant against self-incrimination in
14              the related investigation or case.
15    Here, the parties agree that the matter should be stayed.
16 The government is unwilling to respond to civil discovery that
17 would result in claimant and former claimant Pedro Prieto
18 obtaining information concerning the criminal case to which
19 former claimant Pedro Prieto is not entitled under the criminal
20 rules governing California criminal proceedings.  Claimant, whom
21 has filed her claim to reflect her standing in this civil
22 forfeiture action, as well as former claimant Pedro Prieto may
23 be unable to respond to government discovery requests or provide
24 deposition testimony under oath without endangering their Fifth
25 Amendment rights.  The parties respectfully request that the
26 Court stay this civil forfeiture action until the criminal case
27 is resolved and take the January 22, 2018 pretrial conference
28 off calendar.  The government proposes that it file status

1  reports regarding the status of the criminal case commencing on

2  February 1, 2018 and every ninety days thereafter to enable the

3  Court to monitor the status of this matter.

4                         Respectfully submitted,

5  Dated: December 20, 2017      SANDRA R. BROWN
                           Acting United States Attorney
6                          LAWRENCE S. MIDDLETON
                          Assistant United states Attorney
7                          Chief, Criminal Division
                          STEVEN R. WELK
8                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section
9

10                          _____

11                          VICTOR A. RODGERS
                          Assistant United States Attorney

12                          Attorneys for Plaintiff
                          UNITED STATES OF AMERICA
13

14  Dated: December 12, 2017      VICTOR SHERMAN

15

16

17                          _____
                          VICTOR SHERMAN, ESQ.

18                          Attorneys for Claimant
                          MANUELA GOMEZ

19

20

21

22

23

24

25

26

27

28