## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

**WARRANT ISSUED**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>01  PEDRO LUIS PRIETO  (DOB: Redacted)<br>Defendant(s). | CASE NO. BA463301<br><br>*FELONY COMPLAINT*<br>*FOR ARREST WARRANT*<br><br>ORIGINAL |

The undersigned is informed and believes that:

### COUNT 1

On or about August 29, 2016, in the County of Los Angeles, the crime of POSSESSION OF MONEY OR INSTRUMENTS OVER $100,000.00, in violation of HEALTH AND SAFETY CODE SECTION 11370.6(a), a Felony, was committed by PEDRO LUIS PRIETO, who did unlawfully possess money and negotiable instruments in excess of $100,000.00 which were obtained as the result of the unlawful TRAFFICKING of A CONTROLLED SUBSTANCE with knowledge that the monies and negotiable instruments were so obtained and did also possess that money and negotiable instruments with the intent to unlawfully purchase OF A CONTROLLED SUBSTANCE and did commit an act in furtherance of the unlawful purchase.

"NOTICE: Conviction of this offense will require you to register pursuant to Health and Safety Code section 11590. Failure to do so is a crime pursuant to Health and Safety Code section 11594."

\* \* \* \* \*



THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN MY OFFICE. SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES.

Attested: 12-7-17     BY: _Valery Vaca_  DEPUTY
V. Vaca

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

NOTICE: A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR.

NOTICE: Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

NOTICE: Conviction of this offense prohibits you from owning, purchasing, receiving, possessing, or having under your custody and control any firearms, and effective January 1, 2018, will require you to complete a Prohibited Persons Relinquishment Form ("PPR") pursuant to Penal Code § 29810.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) PEDRO LUIS PRIETO for the above-listed crimes. Wherefore, a warrant of arrest is requested for PEDRO LUIS PRIETO.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER BA463301, CONSISTS OF 1 COUNT(S).

Executed at LOS ANGELES, County of Los Angeles, on December 4, 2017.

_____
CRUZ A RUELAS
DECLARANT AND COMPLAINANT

..................................................................................................................................
JACKIE LACEY, DISTRICT ATTORNEY

BY: _____
MICHAEL DEAN, DEPUTY

| AGENCY: | U.S. DRUG ENFORCEMENT ADMIN. - L.A. DIV | I/O: | CRUZ A RUELAS | ID NO.: 460220 | PHONE : (213) 894-2650 |
|---|---|---|---|---|---|
| DR NO.: | 1515740 | OPERATOR: | LC | PRELIM. TIME EST.: | 60 MINUTE(S) |

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| PRIETO, PEDRO LUIS | | 9/7/1989 | | $25,000 | |

It appearing to the Court that probable cause exists for the issuance of a warrant of arrest for the above-named defendant(s), the warrant is so ordered.

PEDRO PRIETO

DATE: 12-4-17

BAIL: $ 25,000

_____
Judge of the Above Entitled Court
**Alison M. Estrada**

Rev. 920-6/03 DA Case 37502174     Page 3     Case No. BA463301
*FELONY COMPLAINT FOR ARREST WARRANT*

p. 7

NON-WARRANT DEFENDANTS:

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| | | | | | |

Rev. 920-6/03 DA Case 37502174         Page 4         Case No. BA463301
*FELONY COMPLAINT FOR ARREST WARRANT*

P. Y

FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

PEDRO LUIS PRIETO

| Ct. | Charge | Charge Range | Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | HS 11370.6(a) | 2-3-4 County Jail | | |

I order that the defendant(s) be held to answer therefore and be admitted to bail in the sum of:

PEDRO LUIS PRIETO _____ Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

PEDRO LUIS PRIETO _____ in Dept _____

at: _____ A.M.

Date: _____          _____
                                                 *Committing Magistrate*

Rev. 920-6/03 DA Case 37502174          Page 5          Case No. BA463301
*FELONY COMPLAINT FOR ARREST WARRANT*

P. 9