```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
      Federal Courthouse, 14th Floor
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2569
      Facsimile: (213) 894-7177
      E-mail:    Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CV 17-00399-TJH(JCx) |
|---|---|
| Plaintiff, | PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF RELATED CRIMINAL CASE |
| v. | |
| $146,780.00 IN U.S. CURRENCY, | |
| Defendant. | |
| MANUELA GOMEZ, | |
| Claimant. | |

Pursuant to the Court's Order filed December 20, 2017 based upon the parties stipulation therefor, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) (which provides for a mandatory stay of a civil forfeiture action where civil discovery will adversely affect the prosecution of a related criminal case) pending the resolution of the related criminal case filed on December

4, 2017 in Los Angeles Superior Court and entitled <u>People of the State of California v. Pedro Luis Prieto</u>, Los Angeles County Superior Court Case No. BA463301 (the "related criminal case"). The Court's Order instructed the government to file reports every ninety (90) days, commencing February 1, 2018, regarding the status of the related criminal case. Accordingly, the government is hereby submitting this report regarding the status of the related criminal case.

    At the present time, the related criminal case filed December 4, 2017 is ongoing and has not yet been concluded. Pursuant to the Court's Order filed December 20, 2017, the government will submit its next status report within 90 days of the filing of this status report (<u>i.e.</u>, by May 1, 2018).

Dated: February 1, 2018    Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

      /s/
VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA