```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569
     Facsimile: (213) 894-7177
     E-mail:    Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$146,780.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>―――――――――――――――――<br>MANUELA GOMEZ,<br><br>    Claimant. | Case No. CV 17-00399-TJH(JCx)<br><br>PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF RELATED CRIMINAL CASE |

Pursuant to the Court's Order filed December 20, 2017 based upon the parties stipulation therefor, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) (which provides for a mandatory stay of a civil forfeiture action where civil discovery will adversely affect the prosecution of a related criminal case) pending the resolution of the related criminal case filed on December

4, 2017 in Los Angeles Superior Court and entitled <u>People of the State of California v. Pedro Luis Prieto</u>, Los Angeles County Superior Court Case No. BA463301 (the "related criminal case"). The Court's Order instructed the government to file reports every ninety (90) days, commencing February 1, 2018, regarding the status of the related criminal case. Accordingly, the government is hereby submitting this report regarding the status of the related criminal case.

At the present time, the related criminal case filed December 4, 2017 is ongoing and has not yet been concluded. Pursuant to the Court's Order filed December 20, 2017, the government will submit its next status report within 90 days of the filing of this status report (<u>i.e.</u>, by August 2, 2018).

Dated: May 1, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　NICOLA T. HANNA
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　LAWRENCE S. MIDDLETON
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Chief, Criminal Division
　　　　　　　　　　　　　　　　STEVEN R. WELK
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Chief, Asset Forfeiture Section

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　VICTOR A. RODGERS
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Asset Forfeiture Section

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA