# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 17-00399 TJH (JCx) |
| Plaintiff, | |
| v. | Order |
| $146,780.00 IN U.S. CURRENCY, *et al.*, | [30] |
| Defendants. | |

The Court has considered Claimant Manuela Gomez's motion to lift the stay, together with the moving and opposing papers.

It is Ordered that the motion be, and hereby is, Denied.

Date: July 10, 2018

_____
Terry J. Hatter, Jr.
Senior United States District Judge